**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 390 EAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v. :
:
:
:
KAREEM ESHUN, :
:
             Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.